

151 West 42nd Street, 17th Floor
New York, NY 10036

**David Donahue**
Partner

T 212.813.5990
ddonahue@fzlz.com

May 11, 2026

**VIA ECF**

The Honorable Randy Crane
Chief United States District Court
Southern District of Texas
9th Floor Courtroom, Bentsen Tower
1701 West Business Highway 83
McAllen, Texas 78501

Re:    *Heineken USA Inc., et al. v. Oz Trading Group, Inc.*, Case No. 7:24-cv-00424 (S.D. Tex.)
       **Letter Informing Court re Plaintiffs' Unopposed Motion for Summary Judgment**
       **and Requesting Adjournment of Remaining Deadlines**

Dear Judge Crane,

We represent Plaintiffs Heineken USA Inc. and Cervezas Cuauhtmoc Moctezuma S.A. de C.V. (together, "Plaintiffs") in the above-captioned litigation. We write to inform Your Honor that Plaintiffs' Motion for Summary Judgment (ECF No. 35, the "Motion") is unopposed. Pursuant to Local Rule 7.3, Defendant Oz Trading Group, Inc. ("Defendant") had until May 8, 2026, to file an opposition to Plaintiffs' Motion. Defendant did not file any opposition.

As Plaintiffs' Motion is unopposed, Plaintiffs respectfully request that Your Honor consider Plaintiffs' Motion on the papers and adjourn the remaining dates on the Court's schedule (ECF No. 32), including the motions hearing currently set for this Thursday, May 14, 2026, at 9:30 a.m. (the "Hearing"). There are no other motions besides Plaintiffs' Motion currently pending before Your Honor.

Alternatively, Plaintiffs respectfully request that the Hearing be conducted virtually. As discussed in detail in the Motion, Defendant has failed to obtain replacement counsel following the withdrawal of Defendant's prior counsel Mr. Charles Hanor on December 9, 2025, despite the Court's prior warning that Defendant must appear in this litigation through counsel. Accordingly, if the Hearing is not taken off the calendar, Plaintiffs respectfully request that it be held virtually so that counsel may attend the Hearing without Plaintiffs incurring the expense of their counsel's travel and in-person attendance.

T  212.813.5900  F  212.813.5901          **frosszelnick.com** / Fross Zelnick Lehrman & Zissu, P.C.

The Honorable Randy Crane
Chief United States District Court
May 11, 2026
Page 2


Respectfully submitted,

David Donahue